**STATE of Missouri, Respondent,**

v.

**OTIS CHARLES WEST, Appellant.**

### No. ED 103003

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: September 6, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied
November 7, 2016

Srikant Chigurupati, St. Louis, MO, for Attorneys for Appellant.

Chris A. Koster, Attorney General, Gregory L. Barnes, Asst. Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Otis West appeals from the judgment entered on his conviction after a jury trial for domestic assault in the second degree. There was no error in the trial court's handling of an inconsistency in the jury's verdict or in the trial court's failure to sua sponte give a self-defense instruction. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).